OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

10/12/2015
FASELER, MICHAEL COOKS II Tr. Ct. No. 03-CR-2628-1    WR-84,004-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



RETURN TO SENDER
__ Recipient no longer here
__ Invalid Sid #
__ Contents not authorized
__ Correspondence not allowed

MICHAEL COOKS FASELER II
#10107855 NUECES COUNTY JAIL
PO BOX 1520
CORPUS CHRISTI, TX 78403          U TF

13B 78403